IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JIMMY GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 305-083 |
| | ) |
| TIMOTHY C. WARD, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

Before the Court is Petitioner's claim for relief under Section 1983. The Court notes that, <u>if true</u>, the Plaintiff's claim of denial of bathroom privileges should have been given more appropriate attention by the prison officials.

However, after a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, this case is **DISMISSED** without prejudice for Plaintiff's failure to state a claim upon which relief may be granted.

SO ORDERED this 20th day of January, 2006.

---
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA